UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH HANDLER, individually and on
behalf of all others similarly situated,

                      Plaintiff,                     **O R D E R**

        -against –                                7:22-CV-11008 (CS)

FINANCIAL BUSINESS & CONSUMER
SOLUTIONS, INC. d/b/a FBCS, INC.,

                      Defendant.
------------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated:  August 28, 2023
        White Plains, New York

                                                        _____
                                                           CATHY SEIBEL, U.S.D.J.